# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132194 & (22)(23)

DENNIS GUY ERDMAN,
      Plaintiff-Appellant,

v

WAYNE CIRCUIT JUDGE,
      Defendant-Appellee.

SC: 132194
COA: 271418
Wayne CC: 89-013044

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 31, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

d1218